UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:26-cv-04775 SVW (ADS)                    Date:  May 12, 2026

Title:  *Mitzi J. Lopez-Chinchilla v. Jaime Rios, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):          Attorney(s) Present for Respondent(s):
None Present                                                     None Present

**Proceedings:**          **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE RESPONSE TO PETITION**

Petitioner Mitzi J. Lopez-Chinchilla filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (the "Petition"). (Dkt. No. 1.)  On May 4, 2026, the Clerk's Office issued Notice of General Order 26-05 and Briefing Schedule. (Dkt. No. 5.)  The General Order requires Respondents to file an answer to the Petition no later than 7 days from the date the Notice is issued.  (Id.)  As of the date of this Order, Respondents have not filed an answer to the Petition.

Respondents are **ORDERED TO SHOW CAUSE** why they have failed to file a response to the Petition **by no later than May 15, 2026**.

**IT IS SO ORDERED.**

Initials of Clerk kh