JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MITZI J. LOPEZ-CHINCHILLA, A-245-987-267 | Case No. 2:26-cv-04775-SVW-ADS |
| Petitioner, | **[JOINT PROPOSED] JUDGMENT UNDER 28 U.S.C. § 2241** |
| v. | |
| JAIME RIOS *et al.*, Respondents. | |

The Court issued an order (the "Order"), granting the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (Dkt. 1), ordering immediate release. Respondents preserve their objections to the merits of such a judgment granting the Petition and the Order that it is based upon, however, for the purposes of potential appeal.

Dated: June 1, 2026

Hon. Stephen V. Wilson
United States District Judge

Kendall Brill
& Kelly LLP

604500570

[JOINT PROPOSED] JUDGMENT UNDER 28 U.S.C. § 2241